

August 13, 2025

Clerk of the Court
United States Court of Appeals for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

    *Re: Knife Rights, Inc. v. Bondi - Appellants' Level 1 Extension Request to File Opening Brief on Appeal – Case No. 25-10754*

Dear Clerk of the Court:

Pursuant to Fifth Circuit Rule 31.4.1, I, John W. Dillon, counsel for Appellants in the above-captioned matter, respectfully request a level 1 extension of thirty (30) days to file Appellants' opening brief. This is Appellants' first request for an extension.

The current briefing deadline is August 25, 2025. Appellants' counsel represents five individual clients located in three different states and one organizational client in a fourth state. All require additional time to review the draft opening brief, which involves a considerable evidentiary record, before filing. Opposing counsel has consented to this request. I have been working diligently toward completion, but the extension is necessary to ensure all clients have adequate opportunity to review and approve the final draft.

Accordingly, Appellants request that the current briefing deadline be extended by thirty (30) days, to **September 24, 2025**.

    Respectfully submitted,

    */s/ John W. Dillon*
    John W. Dillon
    of
    Dillon Law Group APC

2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009

T 760.642.7150
F 760.642.7151

Dillonlawgp.com