IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| Knife Rights, Inc., *et al.*,<br><br>  Plaintiffs-Appellants,<br><br>v.<br><br>Pamela Bondi, U.S. Attorney General, *et al.*,<br><br>  Defendants-Appellees. | No. 25-10754 |

**MOTION FOR A STAY OF BRIEFING SCHEDULE
IN LIGHT OF LAPSE OF APPROPRIATIONS**

Pursuant to Federal Rule of Appellate Procedure 27, the government respectfully moves for a stay of the briefing schedule in the above-captioned case.

At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Undersigned counsel for the Department of Justice therefore requests a stay of the briefing schedule until Congress has restored appropriations to the Department.

The government respectfully requests that, when appropriations are restored, all current deadlines for the parties be extended for the number of days commensurate with the duration of the lapse in appropriations, plus an additional 14 days. Thus, for example, if the lapse lasts 14 days, all parties' deadlines would be extended by 14 + 14 = 28 days. The Government will need this additional time following the end of the lapse to restart regular government operations and finalize its response brief for filing.

In addition, granting an extension calculated in the manner proposed above will avoid having all briefs that would otherwise have been due during the period of a lapse of appropriations from having the same due date following the restoration of appropriations, which would not be practicable for the government or the Court. It also preserves the original chronological order of filing in government cases for fairness to all parties.

Counsel for plaintiffs has informed counsel for the government that plaintiffs do not consent to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the government hereby moves for a stay of the briefing schedule in this case, as described above, until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

MICHAEL S. RAAB

/s/ *Sean R. Janda*

SEAN R. JANDA
(202) 514-3388
 Attorneys, Appellate Staff
 Civil Division
 U.S. Department of Justice
 950 Pennsylvania Ave., N.W.
 Washington, D.C. 20530

OCTOBER 2025

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 339 words. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in Garamond 14-point font, a proportionally spaced typeface.

*/s/ Sean R. Janda*
Sean R. Janda