

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7260
Washington, D.C. 20530-0001

_____

Tel: (202) 514-3388

October 20, 2025

**By CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

   Re: *Knife Rights, Inc., et al. v. Pamela Bondi, et al..*, No. 25-10754
     (oral argumanet not yet scheduled)

Dear Mr. Cayce:

  The government respectfully requests a 30-day extension, from October 24, 2025, to Monday, November 24, 2025, of the deadline for its response brief in this case. An extension is chiefly warranted because of the press of other business. Among other obligations, I have been responsible for presenting oral argument in a number of recent and upcoming cases, including *Diegelmann v. Bessent*, No. 24-5277 (D.C. Cir.) (oral argument held October 1); *National Coalition for Men v. Selective Service System*, No. 24-7746 (9th Cir.) (oral argument held October 10); *Amica Center v. DOJ*, No. 25-5254 (D.C. Cir.) (oral argument held October 14); *Sustainability Institute v. Trump*, No. 25-1575 (4th Cir.) (oral argument scheduled October 23); and *Gun Owners of Amercia v. Department of Justice*, No. 24-1881 (6th Cir.) (oral argument scheduled October 27). Plaintiffs' counsel has informed the government that plaintiffs do not oppose this request.

Sincerely,

MICHAEL S. RAAB

/s/ Sean R. Janda
SEAN R. JANDA
   Attorneys
   Civil Division, Appellate Staff
   U.S. Department of Justice
   950 Pennsylvania Avenue NW
   Room 7260
   Washington, D.C. 20530
   (202) 514-3388