# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 21, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-10754   Knife Rights v. Bondi
                  USDC No. 4:24-CV-926

The court has denied the motion to extend time to file Appellees' brief in this case because a motion to do so is already pending before the court.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Rebecca L. Jeanfreau, Deputy Clerk
          504-310-7645

Mr. Syed Ahmad
Mr. Grady Block
Mr. Richard Brent Cooper
Mr. John William Dillon
Ms. Erin M. Erhardt
Mr. Sean Janda
Ms. Karen S. Mitchell
Mr. Konstadinos T. Moros
Mr. David H. Thompson
Mr. William Edward Trachman