

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7260
Washington, D.C. 20530-0001

Tel: (202) 514-3388

November 14, 2025

**By CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

    Re:    *Knife Rights, Inc., et al. v. Pamela Bondi, et al.*, No. 25-10754
            (oral argument not yet scheduled)

Dear Mr. Cayce:

    I write regarding the government's response brief in this case. That brief was originally due October 24, 2025. In light of the lapse in appropriations that began at the end of the day on September 30, 2025, the government moved to stay the briefing schedule. The government also requested that, following the resumption of appropriations, the deadline for the government's brief be extended for the number of days commensurate with the duration of the lapse in appropriations plus an additional 14 days. On November 12, 2025, after a 43-day lapse in appropriations, the President signed into law a new appropriations act that funds the Department of Justice and authorizes Department attorneys to resume their normal litigation functions.

    The government's understanding is that, under the Court's order granting the government's stay motion, the deadline for the government's response brief has been extended by 57 (43+14) days, from October 24 until Monday, December 22, 2025. The government thus intends to file its response brief, absent further order of the Court, by that date.

2

Sincerely,

MICHAEL S. RAAB

/s/ Sean R. Janda
SEAN R. JANDA
   Attorneys
   Civil Division, Appellate Staff
   U.S. Department of Justice
   950 Pennsylvania Avenue NW
   Room 7260
   Washington, D.C. 20530
   (202) 514-3388