# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 28, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

  No. 25-10754    Knife Rights v. Bondi
                  USDC No. 4:24-CV-926

Enclosed is an order entered in this case.


                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Lisa E. Ferrara, Deputy Clerk
                        504-310-7675

Mr. Syed Ahmad
Mr. Grady Block
Mr. Richard Brent Cooper
Mr. John William Dillon
Ms. Erin M. Erhardt
Mr. Sean Janda
Mr. Konstadinos T. Moros
Mr. David H. Thompson
Mr. William Edward Trachman

P.S. to counsel: Appellees' brief is due for filing by 12/22/25.