No. 25-10754

# In the United States Court of Appeals For the Fifth Circuit

Knife Rights Inc.; Russell Arnold, individually, as owner and operator of RGA Auction Services, LLC, dba Firearm Solutions, and as member of Knife Rights; Jeffery E. Folloder, individually, as owner and operator of MOD Specialties, and as member of Knife Rights; Firearms Solutions; MOD Specialties; Evan Kaufmann, individually and as member of Knife Rights; Adam Warden, individually and as member of Knife Rights; and Rodney Shedd, individually and as member of Knife Rights,

*Plaintiffs-Appellants,*

v.

Pamela Bondi, Attorney General Of The United States; United States Department Of Justice,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of Texas, Fort Worth Division

**APPELLANTS' LEVEL 1 EXTENSION REQUEST FOR FILING REPLY BRIEF**

John W. Dillon (Cal. State Bar No. 296788)
Dillon Law Group, APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Email: jdillon@dillonlawgp.com
Telephone: (760) 642-7150
Fax: (760) 642-7151

Pursuant to the Rules and Internal Operating Procedures of the United States Court of Appeals for the Fifth Circuit, Rule 31.4.3.1, Appellants submit this unopposed level 1 extension request to extend the time to file Appellants' Reply Brief on appeal. Appellants request that the current deadline of January 12, 2026, be extended by 14 days to January 26, 2026.

Appellants met and conferred with Appellee's counsel on December 23, 2025. Appellees stated that it does not oppose this request.

Good cause exists for a brief extension of time to file Appellants' reply brief. The current deadline of January 12, 2026, falls immediately after the year-end holiday period, during which counsel's office is operating on a reduced schedule and multiple client representatives are not available or difficult to reach for purpose of reviewing drafts of the reply due to previously scheduled holiday travel and professional and family obligations.

Preparation of the reply brief requires coordination with Appellants regarding strategic issues and argument raised in Appellee's response brief. The compressed timeframe created by the holidays significantly

limits counsel's ability to complete this work with the diligence and accuracy required for an appeal of this kind.

Appellants seek this extension in good faith and not for purposes of delay. This is Appellants' first request for an extension of time to file the reply brief, the requested extension is less than 30 days, and it will not prejudice Appellees or interfere with the orderly resolution of this appeal.

Accordingly, Appellants respectfully request a level 1 extension of time to file their reply brief with a filing/service deadline of January 26, 2025.

December 26, 2025                    Respectfully submitted,

                                     DILLON LAW GROUP, APC

                                       /s/John W. Dillon
                                     John W. Dillon
                                     jdillon@dillonlawgp.com

                                     **DILLON LAW GROUP APC**
                                     2647 Gateway Road, Suite 105
                                     Carlsbad, California 92009
                                     Phone: (760) 642-7150
                                     Fax: (760) 642-7151

                                     Attorneys for Appellants