# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 30, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-10754   Knife Rights v. Bondi
                    USDC No. 4:24-CV-926

The court has granted an extension of time to and including January 26, 2026 for filing a reply brief in this case.

         Sincerely,

         LYLE W. CAYCE, Clerk

         By: _____
         Lisa E. Ferrara, Deputy Clerk
         504-310-7675

Mr. Syed Ahmad
Mr. Grady Block
Mr. Richard Brent Cooper
Mr. John William Dillon
Ms. Erin M. Erhardt
Mr. Sean Janda
Mr. Konstadinos T. Moros
Mr. David H. Thompson
Mr. William Edward Trachman