

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7260
Washington, D.C. 20530-0001

_____

Tel: (202) 514-3388


March 31, 2026


**By CM/ECF**


Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

      Re:    *Knife Rights, Inc., et al. v. Pamela Bondi, et al.*., No. 25-10754
            (oral argument scheduled for April 1, 2026)

Dear Mr. Cayce:

      We write to bring the Court's attention to the Ninth Circuit's recent decision in *Knife Rights, Inc. v. Bonta*, 165 F.4th 1330 (9th Cir. 2026), *pet. for rehearing or rehearing en banc filed*, No. 24-5536 (9th Cir. Mar. 16, 2026). In that case, the Ninth Circuit rejected a facial challenge to a state statute that prohibited "carr[ying]" certain automatic switchblades "upon the person." *See* Cal. Pen. Code § 21510(b). Relying on many of the same historical materials cited in the government's brief in this case, the Court concluded that "California's prohibition on the concealed carry of switchblades is relevantly similar to historical concealed carry regulations of Bowie knives, dirks, daggers, slungshots, and other weapons." *Knife Rights, Inc.*, 165 F.4th at 1341; *see also id.* at 1341-45 (cataloguing historical analogues). The Ninth Circuit's analysis provides further support for the proposition, discussed in the government's brief, that those same materials reflect a historical tradition justifying the Federal Switchblade Act's regulation of automatic switchblades.

Sincerely,

MICHAEL S. RAAB

/s/ Sean R. Janda
SEAN R. JANDA
   Attorneys
   Civil Division, Appellate Staff
   U.S. Department of Justice
   950 Pennsylvania Avenue NW
   Room 7260
   Washington, D.C. 20530
   (202) 514-3388