# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 06, 2026

Mr. Syed Ahmad
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Washington, DC 20005

Mr. Grady Block
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, CO 80227

Mr. Richard Brent Cooper
Cooper & Scully, P.C.
900 Jackson Street
Suite 100
Dallas, TX 75202

Mr. John William Dillon
Dillon Law Group, A.P.C.
2647 Gateway Road
Suite 105, Number 25
Carlsbad, CA 92009

Mr. Joseph Greenlee
Greenlee Law, P.L.L.C.
P.O. Box 4061
McCall, ID 83638

Mr. Sean Janda
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Konstadinos T. Moros
Second Amendment Foundation
10431 Nashville Avenue
Whittier, CA 90604

Mr. Daniel Schmutter

Hartman & Winnicki, P.C.
74 Passaic Street
Ridgewood, NJ 07450


Mr. David H. Thompson
Cooper & Kirk, P.L.L.C.
1523 New Hampshire Avenue, N.W.
Washington, DC 20036


Mr. William Edward Trachman
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, CO 80227


    No. 25-10754    Knife Rights v. Blanche
                USDC No. 4:24-CV-926

Dear Counsel,

Attached is a revised case caption, which should be used on all
future filings in this case.

              Sincerely,

              LYLE W. CAYCE, Clerk

              By: _____
              Melissa B. Courseault, Deputy Clerk
              504-310-7701

_____

Case No. 25-10754

_____

Knife Rights, Incorporated; Russell Arnold; RGA Auction
Solution, doing business as Firearm Solutions; Jeffrey Folloder;
MOD Specialties; Evan Kaufmann; Adam Warden; Rodney Shedd,

Plaintiffs - Appellants

v.

Todd Wallace Blanche, Acting U.S. Attorney General; United
States Department of Justice,

Defendants - Appellees