

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7260
Washington, D.C. 20530-0001

Tel: (202) 514-3388

July 9, 2026

**By CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

   Re: *Knife Rights v. Blanche*, No. 25-10754
     (oral argument held April 1, 2026)

Dear Mr. Cayce:

  I write in response to plaintiffs' letter discussing this Court's recent decision in *United States v. Comeaux*, No. 24-30307, 2026 WL 1758170 (5th Cir. June 18, 2026), in which this Court held that silencers are "Arms" encompassed by the text of the Second Amendment, *id.* at *3-4. In reaching that conclusion, this Court stated that protected Arms include those weapons that "facilitate armed self-defense," including accessories that "make firearms both safer and more effective." *Id.* (quotation omitted).

  *Comeaux*, which relevantly involved only a question about the scope of the Second Amendment's text, has no bearing on the proper resolution of this case. As the government has explained at length, relevant historical traditions (not simply the text of the Second Amendment in a vacuum) establish that the government may properly regulate or prohibit the manufacture, sale, and possession of automatic switchblade knives. *See* Br. 10-28. Those relevant historical traditions—not any "policy arguments," *contra* Ltr. 2—are what establish the constitutionality of the Federal Switchblade Act.

And even more specifically, *Comeaux* itself focused on whether silencers "facilitate armed self-defense" by making firearms "safer and more effective." 2026 WL 1758170, at *3-4. But as the government has explained, the relevant historical traditions in this case reflect a recognition that automatic switchblades are not "used or useful for lawful purposes," including self-defense, but are instead "uniquely suited for criminal use." Br. 21-22; *see also* Br. 12-18. Thus, *Comeaux*'s interpretation of the constitutional text only reinforces what history makes clear: automatic switchblades are not protected by the Second Amendment.

Sincerely,

/s/ Sean R. Janda
SEAN R. JANDA
 Attorney
 Civil Division, Appellate Staff
 U.S. Department of Justice
 950 Pennsylvania Avenue NW
 Room 7260
 Washington, D.C. 20530
 (202) 514-3388