

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7260
Washington, D.C. 20530-0001

Tel: (202) 514-3388

August 4, 2026

**By CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

      Re:    *Knife Rights v. Blanche*, No. 25-10754
            (oral argument held April 1, 2026)

Dear Mr. Cayce:

I write in response to plaintiffs' letter discussing the Third Circuit's recent en banc decision in *Association of New Jersey Rifle and Pistol Clubs, Inc. v. Attorney General New Jersey*, -- F.4th --, 2026 WL 2075513 (3d Cir. July 17, 2026). In that case, the court—agreeing with the position of the federal government as amicus—held unconstitutional provisions of a New Jersey statute prohibiting the possession of "assault firearms" and "large capacity ammunition magazines." *Id.* at *1 (quotation omitted). In reaching that conclusion, the court held that the semi-automatic rifles restricted by New Jersey "are a class of arms in common use for lawful purposes" and that the "principles that underpin our regulatory tradition" do not support New Jersey's restriction. *Id.* at *16-22 (quotation omitted).

The Third Circuit's analysis has no bearing in this case. As the government has explained, "two relevant interrelated historical traditions establish that inherently concealable weapons like automatic switchblades are not entitled to Second Amendment protection": (1) the tradition of prohibiting "the carrying of

concealed weapons"; and (2) the tradition of prohibiting "arms that are not typically possessed by law-abiding citizens for lawful purposes." Gov't Br. 10-11 (quotation omitted); *see also* Gov't Br. 11-28 (explicating those traditions). The first of those traditions self-evidently does not apply to semi-automatic rifles, which (unlike automatic switchblades) are not inherently concealable, and so the Third Circuit had no occasion to consider it. And the Third Circuit's conclusion that semi-automatic rifles are typically possessed by law-abiding citizens for lawful purposes sheds no light on the question whether automatic switchblades are typically so possessed.

Sincerely,

/s/ Sean R. Janda
SEAN R. JANDA
  Attorney
  Civil Division, Appellate Staff
  U.S. Department of Justice
  950 Pennsylvania Avenue NW
  Room 7260
  Washington, D.C. 20530
  (202) 514-3388