# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 21, 2026
Thomas B. Plunkett, III
Clerk

No. 25-10754

Knife Rights, Incorporated; Russell Arnold; RGA Auction Solution, *doing business as* Firearm Solutions; Jeffrey Folloder; MOD Specialties; Evan Kaufmann; Adam Warden; Rodney Shedd,

*Plaintiffs—Appellants*,

*versus*

Todd Wallace Blanche, *U.S. Attorney General*; United States Department of Justice,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-926

## JUDGMENT

Before Elrod, *Chief Judge*, Willett and Wilson, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that we REVERSE the district court's grant of the government's motion to dismiss as to the § 1242

claim. We AFFIRM the district court's dismissal of the § 1243 claim. We REMAND for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(b). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.